UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In the Matter of the Application of
Nahid Sorooshyari,

for Special Temporary Admission to the Bar of the United States District Court for the District of Puerto Rico as an Attorney for the United States Government pursuant to Local Civil Rule 83A(e)

Misc. No.   20-477 (GAG)

## Application for Special Temporary Admission and CM/ECF Registration

In accordance with Local Rule 83A(e), I am applying for special temporary admission to the Bar of the United States District Court for the District of Puerto Rico. In support of this application, I certify that I am an active member in good standing with the New York State Bar; that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the local rules of this Court, and the American Bar Association's Model Rules of Professional Conduct.

### PERSONAL DATA

- Name:

  Sorooshyari / Nahid
  (Last Name) (First Name) (MI) (Suffix)

- Puerto Rico/other State Bar ID Number: 5051018

- Agency Affiliation: Social Security Administration
  Office of the General Counsel - Region II

- Mailing Address: 26 Federal Plaza, Room 3904

  City: New York   State: NY   Zip Code: 10278

  Phone Number: (212) 264 - 9184 / (908) 625 - 0015   FAX Number: (212) 264 - 6372

- Email Address: nahid.sorooshyari@ssa.gov

### EDUCATION

Undergraduate School: Smith College   Year Graduated: 2005
Graduate School: _____   Year Graduated: _____
Law School: Washington University   Year Graduated: 2011

## BAR ADMISSIONS INFORMATION

☐ Date Admitted to the Puerto Rico Bar: _____

▣ If not admitted in Puerto Rico, list other State Bar admission(s), date(s) of admission(s), and Bar ID Number(s):

New York State Bar, admitted July 2012
ID No. 5051018
_____

☐ Other Federal Court admission(s), date of admission(s), and Bar ID Number(s):

Eastern and Souther Districts of New York - admitted 2014
Western District of New York - admitted 2019
District of Connecticut - admitted 2019

## CERTIFICATE OF DISCIPLINARY ACTIONS

▣ I am not now, nor have I ever been subject to any disciplinary action by the Puerto Rico Bar or any other state bar in which I am a member.

☐ I am currently or have been subject to disciplinary action, and I have been reinstated or applied for reinstatement (attach a copy of the reinstatement order and/or application).

## CM/ECF REGISTRATION

I acknowledge that, upon approval of this application, I will submit an "Attorney Registration Form" to be registered to access the Court's Case Management/Electronic File system pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5. http://www.prd.uscourts.gov/CourtWeb/pdf/cmecf/PR_Registration_Form.pdf

| 12/1/20 | Nahid Sorooshyari  Digitally signed by Nahid Sorooshyari  Date: 2020.12.01 09:19:50 -05'00' |
|---|---|
| Date | Signature |

## CERTIFICATION IN SUPPORT OF APPLICATION

In accordance with the requirements of Local Civil Rule 83A(e)(3), I certify that I am personally acquainted with the applicant for special temporary admission, I know the applicant to be of good moral character and otherwise competent and eligible to be admitted to practice before the bar of the United States District Court for the District of Puerto Rico as an attorney employed or retained by the United States or its agencies and/or as a representative of the United States or any of its officer or agencies in an official capacity.

Dated this __1st__ day of __December__, 2020.

_____
Signature

Name: Karen G. Fiszer
Title: Supervisory Regional Counsel
Agency: Social Security Administration
Agency's Name and Address: Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
Telephone Number: 212.264.2277